**FILED**

December 16, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DENIS TYANNIKOV, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-cr-00527 MCE <br><br> ORDER FOR RELEASE |

TO:   UNITED STATES MARSHAL:

This is to authorize the release of <u>Denis Tyannikov</u>; Case <u>2:11-cr-00527 MCE</u> subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    <u>X</u>    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    __    Unsecured Appearance Bond in the amount of

            Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>12/16/2011</u> at <u>2:40 p.m.</u>

By _____
Kendall J. Newman
United States Magistrate Judge