DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
DENIS TYANNIKOV


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00527-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| DENIS TYANNIKOV, | ) | |
| | ) | Date:  March 1, 2012 |
| Defendant. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for DENIS TYANNIKOV, that the status conference hearing date of February 9, 2012 be vacated, and the matter be set for status conference on March 1, 2012 at 9:00 a.m.

The reason for this continuance is to allow the defense additional time to discuss the case with the defendant, and then to review the evidence with government counsel to determine whether the case will settle or go to trial.

///

///

Moreover, the amount of loss under the sentencing guidelines may be an issue and defense counsel may need time to re-analyze the amount of loss so as to determine the defendant's exposure should he plead or be found guilty.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 1, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  February 7, 2012.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender


                                             /s/ Caro Marks
                                             CARO MARKS
                                             Designated Counsel for Service
                                             Attorney for Denis Tyannikov

DATED:  February 7, 2012.                    BENJAMIN WAGNER
                                             United States Attorney


                                             /s/ Caro Marks for
                                             MICHELLE RODRIGUEZ
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

1                                ORDER

2        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

3   ordered that the February 9, 2012,  status conference hearing be

4   continued to March 1, 2012, at 9:00 a.m.  Based on the representation

5   of defense counsel and good cause appearing there from, the Court

6   hereby finds that the failure to grant a continuance in this case would

7   deny defense counsel reasonable time necessary for effective

8   preparation, taking into account the exercise of due diligence.  The

9   Court finds that the ends of justice to be served by granting a

10  continuance outweigh the best interests of the public and the defendant

11  in a speedy trial.  It is ordered that time up to and including the

12  March 1, 2012 status conference shall be excluded from computation of

13  time within which the trial of this matter must be commenced under the

14  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and

15  Local Code T-4, to allow defense counsel reasonable time to prepare.

16

    Dated: February 7, 2012

17

18  _____

19  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28