1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DENIS TYANNIKOV
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,       ) No. 2:11-cr-00527-MCE
                                   )
13                Plaintiff,       )
                                   )
14     v.                          ) WAIVER OF DEFENDANT'S PRESENCE
                                   )
15 DENIS TYANNIKOV,                )
                                   )
16                Defendant.       )
                                   )
17 _____  )

18

19

20     Pursuant to Rule 43 of the Federal Rules of Criminal Procedure,
21 the defendant, DENIS TYANNIKOV, hereby waives the right to be present
22 in person in open court upon the hearing of any motion or other
23 proceeding in this case, including, but not limited to, when the case
24 is set for trial, when a continuance is ordered, and when any other
25 action is taken by the court before or after trial, except upon
26 arraignment, plea, impanelment of jury and imposition of sentence.
27 ///
28 ///

1 Defendant hereby requests the Court to proceed during every absence of
2 his which the Court may permit pursuant to this waiver; agrees that his
3 interests will be deemed represented at all times by the presence of
4 his attorney, the same as if defendant were personally present; and
5 further agrees to be present in court ready for trial any day and hour
6 the Court may fix in his absence.

   Defendant further acknowledges that he has been informed of his
rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and
authorizes his attorney to set times and delays under that Act without
defendant being present.

Dated: February 6, 2012
                                    /s/ Denis Tyannikov
                                    DENIS TYANNIKOV


I agree with and consent to my client's waiver of appearance.

Dated: February 6, 2012             /s/ Caro Marks
                                    CARO MARKS
                                    Designated Counsel for Service
                                    Attorney for Defendant
                                    DENIS TYANNIKOV

     IT IS SO ORDERED.

 Dated: February 8, 2012

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE