1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DENIS TYANNIKOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-527-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| DENIS TYANNIKOV, | ) | |
| | ) | Date: June 28, 2012 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for DENIS TYANNIKOV, that the status conference hearing date of May 17, 2012 be vacated, and the matter be set for status conference on June 28, 2012 at 9:00 a.m.

The reason for this continuance is as follows: 1) to allow the defendant to complete the in-patient drug rehabilitation program in which he is currently enrolled as a Pretrial Services supervisee; 2) to allow the defendant to be sentenced pursuant to the guilty plea he entered in the magistrate court.

///

1  On or March 19, 2012, the defendant entered a guilty plea to 18 United
2  States Code §1711 - Misappropriation of Postal Funds (misdemeanor).
3  This was pursuant to the parties' negotiations.  Sentencing in that
4  case is set for June 25,2012, after which the parties anticipate the
5  felony pending in this court will be dismissed.
6       Based upon the foregoing, the parties agree that the time under
7  the Speedy Trial Act should be excluded from the date of signing of
8  this order through and including March 1, 2012 pursuant to 18 U.S.C.
9  §3161 (h)(7)(A)and(B)(iv)[reasonable time to prepare] and Local Code T4
10 based upon continuity of counsel and defense preparation.

DATED:  May 18, 2012.                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Caro Marks
                                         CARO MARKS
                                         Designated Counsel for Service
                                         Attorney for Denis Tyannikov


DATED:  May 18, 2012.                    BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Caro Marks for
                                         MICHELLE RODRIGUEZ
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

///

///

///

2

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 17, 2012, status conference hearing be continued to June 28, 2012, at 9:00 a.m.
Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the June 28, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: May 18, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE