IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )  | CR. NO.   11-527-MCE |
| Plaintiff,   )  | CR. NO.   12-088-EFB |
| v.                             )  | |
| DENIS TYANNIKOV,               )  | ORDER |
| Defendant.    )  | |

**ORDER**

The United States' motion to dismiss without prejudice the Indictment in the above referenced case, CR No 11-527-MCE, is GRANTED.  By this Order (dismissal of felony charges), there is no effect on the misdemeanor conviction against defendant TYANNIKOV in Magistrate Court, to wit, in CR No 12-088-EFB.

IT IS SO ORDERED.

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE